**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ashwani Kumar,

Petitioner,

v.

Unknown Party, et al.,

Respondents.

No. CV-26-06261-PHX-MTL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 3.) In the Response, Respondents state: "Respondents do not oppose the request for release." (Doc. 5.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

(3) Contemporaneous with Petitioner's release, Respondents must return Petitioner's personal property or personal documents retained when he was detained.

(4) Respondents must provide a notice of compliance within **two days** of this Order.

. . . .

(5) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 9th day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge